CLARA PHILIPPS, Respondent, v. PHILIP PHILIPPS and Another, Appellants.—

Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.